UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ESTELA MONTALVO,<br>    plaintiff | )<br>)<br>) |
| v. | )   Civil No. _____<br>) |
| COUNTY OF LAKE, INDIANA, and MICHAEL<br>B. BROWN, Lake County Recorder,<br>    defendants | )<br>)<br>) |

## Complaint

### A. Preliminary statement

1. Estela Montalvo, the plaintiff, was employed part-time by Lake County in the Recorder's office until February 24, 2017, when she was forced to resign because of sexual harassment by the Recorder, defendant Michael B. Brown (Brown). In this case, Ms. Montalvo alleges discrimination in her employment, based on her gender/sex.

### B. Jurisdiction

2. Ms. Montalvo states a claim against Lake County and Brown based on 42 U.S.C. § 1983 (sex discrimination) to enforce the fourteenth amendment to the U.S. Constitution. Therefore, this court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

### C. Parties

3. Ms. Montalvo is a female who is married and is a resident of Lake County, Indiana.

4. Defendant County of Lake is a unit of local government in Indiana with offices in Crown Point, Indiana. It employed Ms. Montalvo during the time relevant to this case.

1

5. Defendant Brown is the elected Lake County Recorder and, as such, he is a County policymaker with authority to make employment-related decisions; he was Ms. Montalvo's supervisor while she was a part-time employee in the Recorder's office from August 20, 2014 until February 24, 2017.

### D.     Factual allegations

6. Ms. Montalvo was hired by defendant Brown as a part-time clerk in the Lake County Recorder's office, without benefits, in August 2014. Montalvo reported to Brown, and she made it clear to Brown that she was interested in full-time work, with benefits. Almost immediately after she was hired, Brown began making sexual advances with an implicit message that a sexual relationship was a condition of a promotion to a full-time position.

7. The sexual relationship quickly led to sexual relations, both in the workplace (Recorder's Office) and at Brown's residences. Ms. Montalvo continued in the relationship only because she believed it was a condition of a promotion to full-time employment. Eventually Brown hired a full-time Chief Deputy, with whom he had a prior sexual relationship.

8. During the time Ms. Montalvo was employed in the Lake County Recorder's office, she and other female employees were subjected to a hostile work environment by the elected public official, defendant Brown, insofar as he used his position in the office to exact sexual favors and activity as a condition of employment and advancement.

9. As a result of the challenged actions of the defendants, Ms. Montalvo lost wages and benefits, incurred mental and emotional distress (resulting in some physical problems), was subjected to a hostile work environment in which a sexual relationship with defendant Brown affected the terms and conditions of employment, and lost employment opportunities. The

challenged actions of the defendants were intentional and taken with reckless indifference to the federally protected rights of the plaintiff.

### E. Legal claim

10. The challenged actions of defendants County and Brown violate 42 U.S.C. § 1983 (fourteenth amendment to the U.S. Constitution), insofar as they are based on the gender/sex of Ms. Montalvo.

### F. Relief

Wherefore, the plaintiff requests:

a. a declaratory judgment determining that the challenged actions of the defendants violate federal law, as set out in ¶ 10, above;

b. equitable relief in the form of lost wages and benefits, and front pay;

c. compensatory and punitive damages, in an amount to be determined by the jury;

d. costs, including attorney fees, pursuant to 42 U.S.C. § 1988; and

f. pursuant to Rule 54(c), FRCP, all other appropriate relief.

### G. Jury demand

Pursuant to Rule 38(b), FRCP, the plaintiff demands trial by jury.

/s/ Ivan E. Bodensteiner
Ivan E. Bodensteiner - #3528-64
7 Napoleon Street
Valparaiso, IN 46383
(219) 242-3058
ieblaw@frontier.com

/s/ Roy Dominguez
Roy Dominguez - #4741-45
7895 Broadway Ave – Suite R
Merrillville, IN 46410
(219) 769-6213
roy@dominguezlawyer.com

Attorneys for Plaintiff