# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ESTELA MONTALVO,<br><br>    *Plaintiff,*<br>v.<br><br>COUNTY OF LAKE, INDIANA, and MICHAEL B. BROWN, Lake County Recorder,<br><br>    *Defendants*. | Case No.: 2:17-CV-211 |

## NOTICE OF SETTLEMENT

Comes now the parties, by their respective counsel, pursuant to N.D. Ind. Local Rule 16-1(g) and notify the Court of a pending settlement of all claims in this matter, as follows:

1. On or about September 4, 2018, counsel for the parties obtained agreement on the settlement of all claims in this matter.

2. The parties anticipate it will take 30-60 days to: prepare and exchange final settlement documents; obtain approval of the settlement from the Lake County Commissioners as required by Indiana law; and file an appropriate motion to dismiss all claims with prejudice.

3. The parties respectfully request that the Court keep this matter active on its docket to allow the parties sufficient time to finalize the settlement and file an appropriate motion to dismiss all claims, with prejudice, against all the defendants.

/s/ John M. Kopack
John M. Kopack, #5302-45
Kopack & Associates
9111 Broadway, Ste GG
P.O. Box 10607
Merrillville, IN 46411
Phone: (219) 738-2978
Email: john@kopack-law.com
*Attorney for Lake County*

/s/ Angela M. Jones
Angela M. Jones, #30770-45
The Law Office of Angela M. Jones, LLC
9301 Calumet Avenue, Suite 2F
Munster, IN 46321
Ph:      219-712-2075
Email: ajones@angelajoneslegal.com
*Attorney for Lake County*

/s/ Nicholas A. Snow
Nicholas A. Snow
Harris Law Firm PC
11410 Broadway
Crown Point, IN 46307
Ph: 219-661-1110
Fx: 219-661-1118
Email: nick@harrislawfirmpc.net
*Attorney for Michael B. Brown*

/s/ Ivan Bodensteiner
Ivan Bodensteiner, #3528-64
7 Napoleon Street
Valparaiso, IN 46383
Ph:      (219) 242-3058
Fax:     (219) 464-0941
Email: ieblaw@frontier.com
*Attorney for Plaintiff*

/s/ Anthony W. Overholt
Anthony W. Overholt, #16481-49
Amy S. Johnson, #16257-49
Frost Brown Todd LLC
201 N Illinois St Ste 1900
PO Box 44961
Indianapolis, IN 46204-4236
Ph: (317) 237-3800
Fx: (317) 237-3900
Email: aoverholt@fbtlaw.com
           asjohnson@fbtlaw.com
*Attorneys for Michael B. Brown*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2018, a true and accurate copy of the above pleading or document was served upon all parties or counsel appearing of record via U.S. Mail, in envelopes properly addressed with sufficient first-class postage affixed thereto, and/or by electronic facsimile, email or the Court's electronic case filing (ECF) system.

/s/ John M. Kopack
John M. Kopack, #5302-45
Kopack & Associates